**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LEODIS RANDLE, REG #25064-009                                            PLAINTIFF

v.                                    4:15CV00760-JM-JJV

LAYTONYA ROBERSON,
Supervisor; *et al.*                                                      DEFENDANTS

### ORDER

     Plaintiff, Leodis Randle, filed this action alleging Defendants violated his constitutional rights.  (Doc. No. 2.)   Based on the facts alleged and the Defendants named, the Court concludes that venue properly lies in the Eastern District of Texas.  28 U.S.C. § 1391(b).  Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Eastern District of Texas.  28 U.S.C. § 1406(a).[1]

     IT IS THEREFORE ORDERED THAT the Clerk of Court shall IMMEDIATELY TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the United States District Court for the Eastern District of Texas.

     Dated this 14th day of December, 2015.

_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1]"The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  28 U.S.C. § 1406(a).